UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN HENDRIX,<br><br>    Plaintiff,<br><br>    v.<br><br>HEALTH AND SOCIAL SERVICES OF SOLANO COUNTY, et al.,<br><br>    Defendants. | No.  2:15-cv-2689-MCE-EFB PS<br><br><br>ORDER |

On December 29, 2015, the court issued an order setting a status (pretrial scheduling) conference for June 1, 2016 and directing the parties to file status reports within fourteen days of the scheduled conference. ECF No. 4.[1]

Plaintiff, the only party that has appeared in this action, failed to file a status report. Therefore, plaintiff is ordered to file a status report and to show cause why he should not be sanctioned for his failure to comply with the December 29, 2015 order. *See* E.D. Cal. L.R. 110 ("Failure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."); *see also* E.D. Cal. L.R. 183 ("Any individual

---

[1] This case, in which plaintiff is proceeding pro se, is before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21).  *See* 28 U.S.C. § 636(b)(1).

1

representing himself or herself without an attorney is bound by the Federal Rules of Civil or Criminal Procedure and by these Local Rules."); *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995) ("Failure to follow a district court's local rules is a proper ground for dismissal.").

Furthermore, the docket reflects purported service on all defendants by service of a copy of the summons and complaint on December 30, 2015.  ECF No. 5.  To date, none of the defendants have responded to the complaint or otherwise appeared in this action.  Although the time for defendants to respond to the complaint has long passed, plaintiff has not requested that defendants' default be entered, nor has he indicated how he intends to proceed with this action.  Accordingly, plaintiff shall also show cause why this action should not be dismissed for failure to prosecute.

Accordingly, it is hereby ORDERED that:

1.  The status (pretrial scheduling) conference currently set for June 1, 2016 is continued to July 13, 2016.

2.  On or before June 29, 2016, plaintiff shall file a status report addressing the issues raised in the December 29, 2015 order (*see* ECF No. 4).

3.  On or before June 29, 2016, plaintiff shall show cause, in writing, why sanctions, including dismissal of this action, should not be imposed for his failure to comply with the December 29, 2015 order and/or prosecute this case.

4.  Failure of plaintiff to comply with this order may result in the imposition of sanctions, including a recommendation that this action be dismissed for failure to comply with court orders and/or failure to prosecute.

5.  The clerk shall serve a copy of this order on County Counsel for Solano County at the following address:
>County Counsel
>675 Texas Street, Suite 6600
>Fairfield, CA 94533

DATED:  May 31, 2016.

/s/ Edmund F. Brennan
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2