1

2

3

4

5

6

7                        UNITED STATES DISTRICT COURT

8               FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   STEVEN HENDRIX,                          No.  2:15-cv-2689-MCE-EFB PS

11              Plaintiff,

12       v.                                   ORDER

13   HEALTH AND SOCIAL SERVICES OF
     SOLANO COUNTY, et al.,
14
                Defendants.
15

16
         On September 2, 2016, plaintiff filed a request for production of documents with the

17
     court.[1]  ECF No. 24.  Plaintiff is hereby informed that he must serve discovery documents on a

18
     defendant rather than filing them with the court.  Pursuant to this court's local rules,

19
     interrogatories, requests for production, requests for admission, and responses thereto "shall not

20
     be filed with the clerk" unless there is a proceeding that puts the discovery request or response at

21
     issue. *See* E.D. Cal. Local Rules 250.2-250.4.  Further, when a discovery request or response is at

22
     issue, only the part of the request or response at issue "shall be filed."  *Id*.  At this time, there is

23
     no proceeding before the court that requires plaintiff's request for production for its resolution.

24
     Plaintiff may serve discovery requests on a defendant in accordance with the court's discovery

25
     and scheduling order.

26

27
         [1]  This case, in which plaintiff is proceeding pro se, is before the undersigned pursuant to
28
     Eastern District of California Local Rule 302(c)(21).  *See* 28 U.S.C. § 636(b)(1).

                                             1

1    Accordingly, it is hereby ORDERED that plaintiff's request for production (ECF No. 24)

2  is disregarded and the Clerk of the Court shall make a notation on the docket to that effect.

3  DATED:  September 8, 2016.

4    _____

5    EDMUND F. BRENNAN
     UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28