**WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Suite 290
Sacramento, CA 95822
(916) 456-1122
(916) 737-1126 (fax)

Kathleen J. Williams, CSB #127021

Attorneys for Defendants
COUNTY OF SOLANO,
GERALD HUBER, AARON CRUTISON,
CAMEO MOTLEY, ERICA MITCHELL,
SUZANNE KIESZ and BRANDY MOORE

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN HENDRIX,<br><br>  Plaintiff,<br><br>v.<br><br>HEALTH AND SOCIAL SERVICES OF SOLANO COUNTY, GERALD HUBER, AARON CRUTISON, CAMEO MOTLEY, ERICA MITCHELL, MELISSA MARTEL, SUZANNE KIESZ, BRANDY MOORE,<br><br>  Defendants. | Case No.  2:15-cv-02689 MCE EFB PS<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** |

On September 29, 2016, defendants filed an ex parte request for a two week extension of time to file a responsive pleading in this case because the juvenile file had not yet been received by defense counsel. (Doc 27)

1  GOOD CAUSE APPEARING, defendants' request is granted and defendants'
2 responsive pleading is due on October 17, 2016.

4 Dated: October 6, 2016.

                                                EDMUND F. BRENNAN
                                                U.S. Magistrate Judge
                                                Eastern District Of California