UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN HENDRIX,<br><br>         Plaintiff,<br><br>    v.<br><br>HEALTH AND SOCIAL SERVICES OF SOLANO COUNTY, et al.,<br><br>         Defendants. | No.  2:15-cv-2689-MCE-EFB PS<br><br><br>ORDER |

Plaintiff, who is proceeding pro se, requests permission to file documents electronically in this action. ECF No. 31. The Local Rules provide that "[a]ny person appearing pro se may not utilize electronic filing except with the permission of the assigned Judge or Magistrate Judge." E.D. Cal. L.R. 133(b)(2). "Requests to use paper or electronic filing as exceptions from these Rules shall be submitted as stipulations as provided in L.R. 143 or, if a stipulation cannot be had, as written motions setting out an explanation of reasons for the exception. Points and authorities are not required, and no argument or hearing will normally be held." E.D. Cal. L.R. 133(b)(3).

Plaintiff asserts that he should be permitted to file documents electronically because he resides in Vallejo, California, which is about a 50 minute drive from the courthouse. ECF No. 31. He further contends that he is adept at working with computers, and feels that he would have no difficulty submitting documents electronically. *Id*. While plaintiff may be capable of

1

1 electronically filing documents in this action, the court does not find that the distance plaintiff
2 lives from the courthouse warranting the requested relief.  Plaintiff may mail documents to the
3 court and need not travel to the courthouse every time he needs to file a document.  Moreover,
4 plaintiff does not indicate whether a stipulation to file electronically could be had, nor does he
5 demonstrate that he will suffer any prejudice by having to file paper documents with the clerk's
6 office.  Thus, plaintiff has not provided a sufficient basis for permitting him to file electronically.

Accordingly, plaintiff's request to file electronically (ECF No. 31) is denied.

DATED:  October 31, 2016.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE