UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN HENDRIX, | No. 2:15-cv-02689-MCE-EFB PS |
| Plaintiff, | |
| v. | ORDER |
| HEALTH AND SOCIAL SERVICES OF SOLANO COUNTY, et al., | |
| Defendants. | |

On September 12, 2017, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

Accordingly, IT IS ORDERED that:

1. The proposed Findings and Recommendations filed September 12, 2017, are ADOPTED;

2. Plaintiff's motion to dismiss certain defendants, construed as a motion to amend the complaint (ECF No. 44), is granted and defendants Crutison, Kiesz, and Moore are dismissed.

/////

3. Defendants' motion to dismiss the first amended complaint (ECF No. 35) is granted.

4. Plaintiff's first amended complaint is dismissed with leave to amend, as provided in the magistrate judge's findings and recommendations.

5. Plaintiff is granted thirty days from the date of this order to file a second amended complaint. Plaintiff is admonished that failure to timely file an amended complaint may result in this action being dismissed.

IT IS SO ORDERED.

Dated: September 28, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE