UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN HENDRIX, | No. 2:15-cv-2689-MCE-EFB PS |
| Plaintiff, | |
| v. | ORDER |
| HEALTH AND SOCIAL SERVICES OF SOLANO COUNTY, et al., | |
| Defendants. | |

On September 11, 2018, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

Accordingly, IT IS ORDERED that:

1. The proposed Findings and Recommendations filed September 11, 2018, are ADOPTED;

2. Defendants' motion to dismiss (ECF No. 58) is granted;

3. All claims against defendant Gerald Huber are dismissed without leave to amend;

/////

4. Plaintiff's Sixth and Fourteenth Amendment claims under 42 U.S.C. § 1983, 42 U.S.C. § 1985 claim, and state law claims against defendants County of Solano, Erica Mitchell, and Cameo Motley are dismissed without leave to amend;

5. Defendants' motion to strike (ECF No. 58) is denied; and

6. This action proceed on plaintiff's § 1983 claims for violation of the First and Fourth Amendments against defendants County of Solano, Mitchell, and Motley.

IT IS SO ORDERED.

Dated: September 27, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE